Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

RECEIVED
JAN - 6 2017
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

Pearlina S. Story
**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Citizens Bank
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 17-0029
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A.  The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Pearlina S. Story |
| Street Address | 1447 Foliage Street |
| City and County | Wilkinsburg (PA 15221) |
| State and Zip Code | Pennsylvania 15221 |
| Telephone Number | 412-628-9011 |
| E-mail Address | pearlinestory@gmail.com |

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Citizens Bank, P.O. Box 7000, Providence RI 02940 / 901 Wood St, Wilkinsburg, Pennsylvania, 15221
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number: 412-244-4100
- E-mail Address (if known):

Defendant No. 2
- Name: Citizens Bank
- Job or Title (if known):
- Street Address: 901 Wood Street
- City and County: Wilkinsburg
- State and Zip Code: Pennsylvania 15221
- Telephone Number: 412-244-4100
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 18 U.S.C. 3282

(1) Rights of Disclosure: FCRA and 468. 12 USC 3402 (a)
(2) Misappropriation of Funds: 18 US Code 656
(3) ~~Conspiracy and~~ Fraud (18 U.S. Code 1344) 18 USC 1005

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

     b.    If the defendant is a corporation

         The defendant, *(name)* _____, is incorporated under
the laws of the State of *(name)* _____, and has its
principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy **$250,000.00**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

1. Defendant took funds from Plaintiff and would not correct mistake
2. Defendant claimed that Plaintiff and Robert Smith took out a loan for a home in which Plaintiff had no concept of said contract, never signed said contract and was not involved in the negotiations.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

(1) Misappropriation of Funds: Citizens Bank cashed a check from its bank to Plaintiff by Plaintiff then charged the Plaintiff an additional amt that was the same amt of check for cashing check. Both amts were deducted from Plaintiff's account. However, Plaintiff only received one amt.

(2) Defamation of Plaintiff of Fraud: Defendant closed Plaintiff's account due to false and fraudulent information that Plaintiff had no concept. Defendant charged Plaintiff for taking out a loan in which Plaintiff had no knowledge, therefore denying Plaintiff rights.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(1) Plaintiff asks that the Defendant correct Plaintiff credit
(2) Plaintiff asks that the Defendant correct Plaintiff's information as to the falsification of a loan contract in which the Plaintiff never had a loan with Citizen's Bank.
(3) Plaintiff asks for punitive damages in the amt of $250,000.00 Plaintiff asks for this amount due to Defendant's acts against Plaintiff causing mental stress, emotional distress and decrease in Plaintiff's credibility.

Page 4 of 5

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Jan. 3, 2017

Signature of Plaintiff: *Pearlina S. Story*
Printed Name of Plaintiff: Pearlina S. Story

B. **For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____