IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEARLINA S. STORY, )<br>        Plaintiff, )<br>)<br>vs )<br>)<br>CITIZENS BANK, )<br>        Defendant. ) | Civil Action No. 17-29 |

O R D E R

AND NOW, this 25th day of July, 2017, after the plaintiff, Pearlina S. Story, filed an action in the above-captioned case, and after a motion to dismiss was submitted by the defendant, Citizens Bank, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion, and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 14), which is adopted as the opinion of this Court,

IT IS ORDERED that defendant's motion to dismiss (ECF No. 6) is granted.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the plaintiff desires to appeal from this Order she must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

/s Arthur J. Schwab_____
Arthur J. Schwab
United States District Judge

cc: Pearlina S. Story
1447 Foliage Street
Wilkinsburg, PA 15221