IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PEARLINA S. STORY,                               )
                        Plaintiff,               )
                                                 )
        vs                                       )          Civil Action No. 17-29
                                                 )
CITIZENS BANK,                                   )
                        Defendant.               )

O R D E R

AND NOW, this 25th day of July, 2017,

IT IS ORDERED that final judgment of this Court is entered pursuant to Rule 58

of the Federal Rules of Civil Procedure in favor of the defendant, Citizens Bank, and against the

plaintiff, Pearlina S. Story

                                     /s Arthur J. Schwab_____
                                     Arthur J. Schwab
                                     United States District Judge

cc:     Pearlina S. Story
        1447 Foliage Street
        Wilkinsburg, PA 15221